BEFORE THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE BENJ. FRANKLIN )
SHAREHOLDERS LITIGATION FUND, )
BY ITS SOLE TRUSTEE, DON S. WILLNER )
)
Plaintiff, )        CASE NUMBER   1:06CV01025
)
v. )        JUDGE: Emmet G. Sullivan
)
FEDERAL DEPOSIT INSURANCE CORPORATION )
AS RECEIVER FOR THE BENJ. FRANKLIN )
FS&LA, PORTLAND, OREGON )
)
Defendant. )

## AFFIDAVIT REGARDING PROOF OF
## SERVICE OF SUMMONS AND COMPLAINT

I, Rosemary Stewart, hereby state and affirm, under penalty of perjury, that pursuant to

Fed. R. Civ. P. 4(i), service of a copy of the summons and complaint in this case was made by

certified mail to Kenneth L. Wainstein, the U.S. Attorney for the District of Columbia. Attached

is the pertinent Postal Service Form 3811, which indicates that Mr. Wainstein's office received

the summons and complaint on June 12, 2006.

Date:  June 19, 2006                    Respectfully submitted,

                                        Rosemary Stewart
                                        Spriggs & Hollingsworth
                                        1350 I Street, N.W.
                                        Washington, DC 20005
                                        202-898-5888 – (Telephone)
                                        202-682-1639 – (Fax)

                                        Counsel to Plaintiff
                                        The Benj. Franklin Shareholders Litigation Fund

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Affidavit Regarding Proof of Service of Summons and Complaint was served this 19th day of June 2006, by first class mail on the following:

> Richard T. Aboussie, Esq.
> General Counsel's Office
> Federal Deposit Insurance Corporation
> 550 17th Street, N.W.
> Washington, DC  20429

Rosemary Stewart