**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Executive Secretary
    Federal Deposit Insurance Corp.
    550 17th Street, N.W.
    Washington, D.C. 20429

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Bob Willis_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Barbara Willis
C. Date of Delivery: 6/13/06

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7002 0860 0001 5694 2453

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

    Rosemary Stewart, Esq.
    Spriggs & Hollingsworth
    1350 I Street, N.W.
    Washington, DC  20005