BEFORE THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE BENJ. FRANKLIN SHAREHOLDERS LITIGATION FUND, BY ITS SOLE TRUSTEE, DON S. WILLNER<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR THE BENJ. FRANKLIN FS&LA, PORTLAND, OREGON<br><br>Defendant. | CASE NUMBER 1:06CV01025<br><br>JUDGE: Emmet G. Sullivan |

## AFFIDAVIT REGARDING PROOF OF SERVICE OF SUMMONS AND COMPLAINT

I, Rosemary Stewart, hereby state and affirm, under penalty of perjury, that pursuant to Fed. R. Civ. P. 4(i), service of a copy of the summons and complaint in this case was made by certified mail to the Honorable Alberto R. Gonzales, Attorney General, U.S. Department of Justice. Attached is the pertinent Postal Service Form 3811, which indicates that the Attorney General's office received the summons and complaint on June 12, 2006.

Date: June 21, 2006

Respectfully submitted,

*Rosemary Stewart*
Rosemary Stewart
Spriggs & Hollingsworth
1350 I Street, N.W.
Washington, DC 20005
202-898-5888 – (Telephone)
202-682-1639 – (Fax)

Counsel to Plaintiff
The Benj. Franklin Shareholders Litigation Fund

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing Affidavit Regarding Proof of Service of Summons and Complaint was served this 21st day of June 2006, by first class mail on the following:

>Richard T. Aboussie, Esq.
>General Counsel's Office
>Federal Deposit Insurance Corporation
>550 17th Street, N.W.
>Washington, DC  20429

_____
Rosemary Stewart