# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THE BENJ. FRANKLIN<br>SHAREHOLDERS LITIGATION FUND,<br>BY ITS SOLE TRUSTEE, DONS S.<br>WILLNER<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE<br>CORPORATION, AS RECEIVER FOR<br>THE BENJ. FRANKLIN FS&LA,<br>PORTLAND, OREGON<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Case No. 06-01025 (EGS) |

**ORDER**
**TO CONSOLIDATE CASES, DESIGNATE LEAD CASE, DISMISS ASSOCIATED**
**CASES, AND ADD PARTIES FROM ASSOCIATED CASES TO THE LEAD CASE**

IT IS HEREBY ORDERED that the cases identified below be consolidated for all further

proceedings and the entry of judgment.

1) *Benj. Franklin Shareholders Litigation Fund v. FDIC*, No. 1:06CV01025 (EGS)

2) *Winston & Strawn, LLP v. FDIC*, No. 1:06CV01120 (EGS)

3) *Willner & Associates, P.C. v. FDIC*, No. 1:06CV01227 (EGS)

4) *Blackwell Sanders Peper Martin, LLP, and Ernest M. Fleischer v. FDIC*, No.
   1:06CV01273 (EGS)

IT IS FURTHER ORDERED that *Benj. Franklin Shareholders Litigation Fund v. FDIC*, No.

1:06CV01025 (EGS) be designated as the lead case.

2

IT IS FURTHER ORDERED that all associated cases be dismissed.

IT IS FURTHER ORDERED that the clerk add the parties from the associated cases to the lead

case.

_____                    _____
Emmett G. Sullivan                                                      Date
United States District Judge