UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE BENJ. FRANKLIN <br> SHAREHOLDERS LITIGATION FUND, <br> BY ITS SOLE TRUSTEE, DON S. WILLNER <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION <br> AS RECEIVER FOR THE BENJ. FRANKLIN <br> FS&LA, PORTLAND, OREGON <br><br> Defendant. | Civil Action No. 06-01025 (EGS) |

## ORDER

Having considered the defendant Federal Deposit Insurance Corporation's Motion to Consolidate Cases filed on August 11, 2006, and the plaintiff Benj. Franklin Shareholders Litigation Fund's Opposition to that motion filed on August 18, 2006,

IT IS HEREBY ORDERED: that the above-captioned case of The Benj. Franklin Shareholders Litigation Fund will not be consolidated with the other cases identified and referenced in the FDIC's motion to consolidate.

_____  _____
Date                                                                                 Emmett G. Sullivan
                                                                                             United States District Judge

(Page 1 of 2)

The attached order, if entered, should be sent to:

1. Rosemary Stewart
   Spriggs & Hollingsworth
   1350 I Street, N.W.
   Washington, DC 20005
   (Counsel in Civil Action No. 06-01025(EGS))

2. Bruce C. Taylor
   Federal Deposit Insurance Corporation
   Room VS-E7118
   550 17th Street, N.W.
   Washington, DC 20429
   (Counsel in Civil Action No. 06-01025, 06-01120, 06-01127, and 06-01273(EGS))

3. Jeremiah Collins
   Bredhoff & Kaiser
   805 15th Street, N.W., Suite 1000
   Washington, D.C. 20005
   (Counsel in Civil Action No. 06-01127(EGS))

4. Thomas Buchanan
   Winston & Strawn
   1700 K Street, N.W.
   Washington, DC 20006
   (Counsel in Civil Action No. 06-01120(EGS))

5. William F. Demarest
   Blackwell, Sanders, Peper, Martin LLP
   750 17th Street, N.W. Suite 1000
   Washington, DC 20006
   (Counsel in Civil Action No. 06-01273(EGS))