# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE BENJ. FRANKLIN SHAREHOLDERS LITIGATION FUND, BY ITS SOLE TRUSTEE, DON S. WILLNER,<br><br>          Plaintiff,<br><br>    v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR THE BENJ. FRANKLIN FS&LA, PORTLAND, OREGON,<br><br>          Defendant. | Civil Case No. 06-01025 (EGS) |

**ORDER**

This matter is before the Court on cross motions for summary judgment.

The Benj. Franklin Shareholders Litigation Fund asks the Court to award interest under 12 C.F.R. § 360.3 on about $3 million comprised of shareholder contributions for legal fees and expenses under 12 C.F.R. § 360.3. The Plaintiff argues that the regulation permits the FDIC-Receiver to pay interest on the $3 million from the receivership surplus to the contributing shareholders before further distributions are made to the entire class of shareholders, not all of whom contributed to the fund. The FDIC-Receiver asks the Court to deny the Plaintiff's motion and grant its cross motion, arguing that the FDIC-Receiver paid the $3 million to the Plaintiff as an accommodation in connection with the settlement between the FDIC-Receiver and the IRS of a $1.2 billion tax claim against the Benj. Franklin receivership and that the Plaintiff is not entitled to interest because the legal fees and expenses comprising the fund was properly

classified as an administrative expense of the Receiver that is not entitled to interest under 12 C.F.R. § 360.3 on the facts of this case.

The material facts are not in dispute and the case is ripe for summary disposition.

The parties agreed that as part of the settlement of the IRS tax claim the FDIC-Receiver would allow the Plaintiff to file a proof of claim for review through the applicable administrative claims process, which includes the priority distribution system set out at 12 C.F.R. § 360.3. The Plaintiff and the shareholders agreed to these terms.

The FDIC-Receiver treated the $3 million as an administrative expense and paid it. But the FDIC-Receiver determined that under the facts presented in this case that the interest portion of the Plaintiff's proof of claim was not payable under 12 C.F.R. § 360.3. The Court agrees.

THEREFORE, IT IS HEREBY ORDERED that:

The Benj. Franklin Shareholders Litigation Fund's motion for summary judgment is denied.

The FDIC's cross motion for summary judgment is granted.

Each party must bear its own costs and expenses, including attorney fees.


Date: _____    _____
Emmet G. Sullivan
United States District Judge

If this order is entered, copies should be provided to the following persons:

**Rosemary Stewart**
SPRIGGS & HOLLINGSWORTH
1350 I Street, NW
Washington, DC 20005
(202) 898-5888 (Telephone)
(202) 682-1639 (Fax)
Email: rstewart@spriggs.com

**Bruce C. Taylor**
FEDERAL DEPOSIT INSURANCE CORPORATION
550 17th Street, NW
Room VS-E7118
Washington, DC 20429
(703) 562-2436 (Telephone)
(703) 562-2478 (Fax)
Email: btaylor@fdic.gov