**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| BENJ. FRANKLIN SHAREHOLDERS LITIGATION FUND, ) ) ) Plaintiff, ) ) v. ) ) FEDERAL DEPOSIT INSURANCE ) CORPORATION, AS RECEIVER FOR ) THE BENJ. FRANKLIN FS&LA, ) ) Defendant. ) | Civil Action No. 06-1025 (EGS) |

## ORDER AND JUDGMENT

For the reasons stated in the accompanying Memorandum Opinion, it is by the Court hereby

**ORDERED** that defendant's motion for summary judgment is **GRANTED**; and it is

**FURTHER ORDERED** that plaintiff's motion for summary judgment is **DENIED**; and it is

**FURTHER ORDERED** that **JUDGMENT** is entered for defendant and against plaintiff; and it is

**FURTHER ORDERED** that this Order and Judgment shall constitute a **FINAL JUDGMENT** in this case.  This is a final appealable order.  *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**United States District Judge**
**August 17, 2007**